IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED

05 APR 20 PM 4:4

ROBERT R. DI TROLIO
CLERK, U.S. DI. CT.
W.D. OF TN, MEMPHIS

MARY MACLIN, )
)
    Plaintiff, )
)
v. ) No. 04-2926 Ml/An
)
MEMPHIS CITY SCHOOLS, et al. )
)
    Defendants. )
)

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on March 22, 2005, by United States Magistrate Judge S. Thomas Anderson. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last five (5) days, is set to begin <u>Monday, April 3, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Tuesday, March 28, 2006 at 8:45 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>March 21, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-21-05

(6)

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this __19__ day of April, 2005.

                                                 /s/ Jon P. McCalla
                                               JON PHIPPS McCALLA
                                               UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT FOR WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:04-CV-02926 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Dewun R. Settle
LAW OFFICE OF DEWUN SETTLE
100 N. Main Building
Ste. 3001
Memphis, TN 38103

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Honorable Jon McCalla
US DISTRICT COURT