IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 DEC 28 PM 2: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| MARY G. MACLIN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | NO. 04-2926 Ml/An |
| MEMPHIS CITY SCHOOLS, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINE AND TO AMEND SCHEDULING

Before the Court is the parties' Joint Motion to Extend Discovery Deadline and Amend Scheduling Order filed on November 30, 2005. For good cause shown, the Motion is **GRANTED**. The Scheduling Order shall be modified to reflect the following deadlines:

| | |
|---|---|
| **Plaintiff's Expert Disclosure** | December 31, 2005 |
| **Defendant's Expert Disclosure** | January 31, 2006 |
| **Rule 26(e) Supplementation** | February 14, 2006 |
| **Discovery Deadline** | February 28, 2006 |
| **Dispositive Motion Deadline** | March 31, 2006 |

The other deadlines established in the Rule 16(b) Scheduling Order remain in effect. The parties' request for a changed trial date will be dealt with in a separate order.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 28, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-28-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02926 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT